UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    against

Mohammed Saidji,

                 Defendant.

No. 05 Crim. 0059 (DC)-09
ORDER

CHIN, Circuit Judge

    On October 19, 2005, this Court issued an arrest warrant for the defendant. The Clerk of the Court shall place this case in "fugitive" status.

Dated:    April 29, 2011
           New York, New York

                                          DENNY CHIN, United States Circuit Judge
                                          Sitting by designation